

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RONNIE R. CAESAR, M.D., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION 1:19-CV-485 |
| v. | § | |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 636 and the Local Rules for the United States District Court for the Eastern District of Texas, this matter was referred to United States Magistrate Judge Keith F. Giblin for entry of findings and recommendation on case-dispositive motions and determination of non-dispositive matters. On July 14, 2020, Judge Giblin entered his report and recommendation recommending that the Court grant Defendant's motion to dismiss, with prejudice. (Doc. 7). The Plaintiff did not file any objections. The court concludes that the magistrate judge correctly identified, discussed, and analyzed the bases for dismissal that Defendant identified.

It is therefore **ORDERED** that the report and recommendation is **ADOPTED**. (Doc. 7). Accordingly, the Court **ORDERS** that Defendant's motion to dismiss, with prejudice, is

**GRANTED**. (Doc. 4). This constitutes a final judgment for purposes of appeal. Lastly, the Clerk is **ORDERED** to **CLOSE** this case.

**SIGNED this 21st day of August, 2020.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge